**2007–2343. State v. Kendall.**
Franklin App. Nos. 06AP–1139 and 06AP–1140, 2007-Ohio-5656.

**2007–2348. State v. Kaeding.**
Hamilton App. No. C–060573.

**2007–2384. State v. Harrington.**
Greene App. No. 06–CA–29, 2007-Ohio-1335.

**2007–2386. State v. Stafford.**
Hamilton App. No. C–060892.

**2007–2391. State v. Cathel.**
Franklin App. No. 07AP–786.

**2007–2398. State v. Young.**
Cuyahoga App. No. 78058, 2007-Ohio-6481.

**2008–0052. State v. Jesus.**
Hamilton App. No. C–030824.

**2008–0134. State v. Ahmed.**
Cuyahoga App. No. 88315, 2007-Ohio-6649.

**2008–0156. In re Adoptions of R.T.R. and C.K.R.**
Greene App. No. 2007–CA–37, 2007-Ohio-6592.

## RECONSIDERATION OF PRIOR DECISIONS

**2005–1656. State v. Davis.**
Licking C.P. 04 CR 464. Reported at 116 Ohio St.3d 404, 2008-Ohio-2, 880 N.E.2d 31. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**2006–1827. Marich v. Bob Bennett Constr. Co.**
Summit App. No. 23026, 2006-Ohio-4242. Reported at 116 Ohio St.3d 553, 2008-Ohio-92, 880 N.E.2d 906. On motion for reconsideration. Motion denied.

**2007–2157. State v. Harris.**
Hamilton App. Nos. C–060399, C–060400 and C–060401, 2007-Ohio-3308. Reported at 116 Ohio St.3d 1481, 2008-Ohio-153, 879 N.E.2d 786. On motion for reconsideration. Motion granted. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2007–0325, *State v. Davis,* Hamilton App. No. C–040665, 2006-Ohio-3171; and briefing schedule stayed.

PFEIFER and O'DONNELL, JJ., dissent.

## CASE ANNOUNCEMENTS

*March 12, 2008*

[Cite as *03/12/2008 Case Announcements #2,* 2008-Ohio-1063.]

## MOTION AND PROCEDURAL RULINGS

**2008–0478. State ex rel. Summit Cty. Republican Party Executive Commt. v. Brunner.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition. Upon consideration of respondent's motion for protective order to prohibit the videotaped deposition of respondent,

It is ordered by the court that the motion is denied.

MOYER, C.J., and LANZINGER and CUPP, JJ., dissent.